FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LUNDBERG, individually, | Case No.: 2:10-cv-02036 RCJ-LRL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DATS TRUCKING, INC., and DOES I-X and ROES I-X, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff MICHAEL LUNDBERG, individually, by and through its counsel of record Brooke A. Bohlke, Esq., of the law firm of Callister + Associates,

///
///

CALLISTER + ASSOCIATES
Las Vegas Blvd, South
First Floor
Las Vegas, Nevada 89101
(702) 385-3343

T:\Lundberg, Michael\Pleadings\Stip to Dismiss.wpd

LLC, and Defendant DATS TRUCKING, INC., by and through counsel of record, Gary G. Branton, Esq., of Branton Law Office, LLC, that Case No. 2:10-cv-02036 may be dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 10 day of March 2011.

BROOKE A. BOHLKE, ESQ.
Nevada Bar No. 009374
823 Las Vegas Blvd. So., Fifth Floor
Las Vegas, NV 89101
Attorneys for Plaintiff

DATED this 10th day of March 2011.

GARY G. BRANTON, ESQ.
312 South Jones Boulevard
Las Vegas, NV 89107
Attorney for Defendant

**IT IS SO ORDERED.**

DATED this 18th day of March 2011.

UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:

BROOKE A. BOHLKE, ESQ.
Nevada Bar No. 009374
CALLISTER + ASSOCIATES, LLC
823 Las Vegas Blvd. South, 5th Floor
Las Vegas, Nevada 89101
Attorneys for Plaintiff